THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

VANTHA DOUN,

                Plaintiff,

      vs.

VALMET INC., a foreign profit
corporation,

              Defendant.

NO. 2:23-cv-01071 RSM

**STIPULATION AND ORDER
REGARDING EXPERT WITNESS
DISCLOSURE DEADLINE**

The parties through their counsel of record hereby stipulate as follows. They believe good cause exists to extend the expert disclosure deadlines for the following reasons:

1. Discovery closes June 10, 2024 (ECF No. 11).

2. The current deadline to disclose expert witnesses is April 10, 2024 (ECF No. 11).

3. Plaintiff's deposition was set for March 26, 2024. However, due to Defense counsel's unforeseen illness, Plaintiff's deposition had to be rescheduled.

4. The first mutually available rescheduled date for Plaintiff's deposition is April 18, 2024.

5. Both parties further intend to disclose the testimony of at least one expert witness.

6. In order to provide expert witnesses sufficient time to review Plaintiff's testimony prior to preparing expert reports as required under FRCP 26(a)(2), the parties

STIPULATION AND ORDER REGARDING EXPERT
WITNESS DISCLOSURE DEADLINE (2:23-01071 RSM)
– Page 1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

agree that the existing expert discovery deadline order should be extended to May 3, 2024. This will provide any expert witnesses sufficient time to review Plaintiff's testimony and prepare any report(s) based partially thereon.

7.  The parties further agree that rebuttal expert witnesses under FRCP 26, if any, must be disclosed by May 20, 2024, to provide sufficient time to engage in relevant discovery.

8.  In order to facilitate adequate time for relevant discovery regarding such rebuttal experts, if any, the parties agree that any rebuttal expert depositions may be scheduled through June 24, 2024—two weeks after the discovery cutoff.  This is the sole extension of the discovery deadline.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 1, 2024                          DATED: April 1, 2024

FISHER & PHILLIPS LLP                BRESKIN, JOHNSON & TOWNSEND, PLLC

/s Catharine M. Morisset                  /s Brendan W. Donckers
Catharine M. Morisset, WSBA #29682    Daniel F. Johnson, WSBA #27848
Dean L. Petitta, WSBA #58295          Brendan W. Donckers, WSBA #39406
1700 7th Ave., Suite 2200             1000 Second Ave., Suite 3760
Seattle, WA 98101                     Seattle, WA 98104
Phone: (206) 682-2308                 Phone: (206) 652-8660
cmorisset@fisherphillips.com          djohnson@bjtlegal.com
dpetitta@fisherphillips.com           bdonckers@bjtlegal.com

STIPULATION AND ORDER REGARDING EXPERT
WITNESS DISCLOSURE DEADLINE (2:23-01071 RSM)
– Page 2

FP 50151462.5

1

## <u>ORDER</u>

2

Based on the foregoing Stipulation, the following deadlines are SO ORDERED:

3

| Deadline | Date |
|----------|------|
| Disclosure of Expert Testimony | May 3, 2024 |
| Disclosure of Rebuttal Expert Testimony | May 20, 2024 |
| Discovery Cutoff | June 10, 2024 |
| Rebuttal Expert Depositions Completed | June 24, 2024 |

4

5

6

7

8

9

10

11

DATED this 2nd day of April, 2024.

12

13

14

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER REGARDING EXPERT
WITNESS DISCLOSURE DEADLINE (2:23-01071 RSM)
– Page 3

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50151462.5

1

## CERTIFICATE OF SERVICE

2   The undersigned hereby certifies that on the date written below, I caused a true and correct

3   copy of the foregoing document to be served on the following attorney, via the method

4   indicated:

5   Daniel F. Johnson, WSBA #27848                     Via CM/ECF
    Brendan W. Donckers, WSBA #39406
6   BRESKIN JOHNSON & TOWNSEND, PLLC
7   1000 Second Avenue, Suite 3670
    Seattle, WA 98104
8   Phone: (206) 652-8660
    Email: djohnson@bjtlegal.com
9   Email: bdonckers@bjtlegal.com
           aiarossi@bjtlegal.com
10         admin@bjtlegal.com
11  *Attorneys for Plaintiff*

12          Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the

13  United States of America that the foregoing is true and correct.

14          Executed on April 1, 2024 in accordance with 28 USC 1746.

15

16  _____

17          Jazmine Matautia, Legal Secretary

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER REGARDING EXPERT
WITNESS DISCLOSURE DEADLINE (2:23-01071 RSM)
– Page 4

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50151462.5