THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VANTHA DOUN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>VALMET INC., a foreign profit corporation,<br><br>　　　　　　Defendant. | NO. 2:23-cv-01071 RSM<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

　　　The parties through their counsel of record hereby stipulate as follows. They believe good cause exists to extend the discovery deadlines for the following reasons:

1. The parties are scheduled to mediate this case on May 30, 2024 with the Hon. Ronald Cox (Ret.).

2. In the hopes of achieving settlement and in good faith, the parties agree that further depositions should be postponed until after mediation in the event that settlement is reached.

3. However, Plaintiff's counsel is unavailable due from June 4 through June 14, 2024. *See* Dat. No. 14.

STIPULATION AND ORDER TO EXTEND DISCOVERY
DEADLINES (23-01071 RSM) – Page 1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50602800.3

4. In order to provide sufficient time to complete relevant depositions if settlement does not occur on May 30, the parties agree that the discovery cutoff for the purpose of completing these depositions should be extended to **June 28, 2024**.

5. Given this extension, the parties further agree that the rebuttal expert disclosure deadline should be extended to **June 10, 2024**.

6. All other deadlines, including deadlines for dispositive motions and all trial deadlines, will remain the same.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 13, 2024

DATED: May 13, 2024

FISHER & PHILLIPS LLP

BRESKIN, JOHNSON & TOWNSEND, PLLC

*/s Catharine M. Morisset*
Catharine M. Morisset, WSBA #29682
Dean L. Petitta, WSBA #58295
1700 7th Ave., Suite 2200
Seattle, WA 98101
Phone: (206) 682-2308
cmorisset@fisherphillips.com
dpetitta@fisherphillips.com

*s/ Brendan Donckers (with email permission)*
Daniel F. Johnson, WSBA #27848
Brendan W. Donckers, WSBA #39406
1000 Second Ave., Suite 3760
Seattle, WA 98104
Phone: (206) 652-8660
djohnson@bjtlegal.com
bdonckers@bjtlegal.com

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (23-01071 RSM) – Page 2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50602800.3

**ORDER**

Based on the foregoing Stipulation, the following deadlines are SO ORDERED:

| Deadline | Date |
|---|---|
| Rebuttal Expert Disclosures | June 10, 2024 |
| Discovery Cutoff | June 24, 2024 |

DATED this 17th day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DISCOVERY
DEADLINES (23-01071 RSM) – Page 3

FP 50602800.3

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date written below, I caused a true and correct copy of the foregoing document to be served on the following attorney, via the method indicated:

| | |
|---|---|
| Daniel F. Johnson, WSBA #27848<br>Brendan W. Donckers, WSBA #39406<br>BRESKIN JOHNSON & TOWNSEND, PLLC<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>Phone: (206) 652-8660<br>Email: djohnson@bjtlegal.com<br>Email: bdonckers@bjtlegal.com<br>         aiarossi@bjtlegal.com<br>         admin@bjtlegal.com<br>*Attorneys for Plaintiff* | Via CM/ECF |

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2024 in accordance with 28 USC 1746.

*[signature]*
Jazmine Matautia, Legal Secretary

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (23-01071 RSM) – Page 4

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50602800.3